**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: CHERYL L. TERSIP                §   Case No. 17-81669
                                       §
                                       §
          Debtor(s)                    §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 07/17/2017.

2) The plan was confirmed on 01/25/2018.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 03/05/2018, 05/17/2018, 08/03/2018, 09/13/2018.

5) The case was dismissed on 09/13/2018.

6) Number of months from filing or conversion to last payment: 9.

7) Number of months case was pending: 15.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---:|---:|
| Total paid by or on behalf of the debtor(s) | $ 13,500.00 | |
| Less amount refunded to debtor(s) | $ 25.00 | |
| **NET RECEIPTS** | | $ 13,475.00 |

### Expenses of Administration:

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,215.00 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,715.00 |
| Attorney fees paid and disclosed by debtor(s): | $ 500.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| JOHN CARLIN | Lgl | 4,000.00 | 4,000.00 | 4,000.00 | 3,500.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| EXETER FINANCE CORPORATION | Sec | 31,102.37 | 31,012.37 | 31,012.37 | 5,116.52 | 1,339.82 |
| EXETER FINANCE CORPORATION | Uns | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| KLUEVER & PLATT | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Sec | 0.00 | 32,883.67 | 0.00 | 838.54 | 0.00 |
| ILLINOIS DEPARTMENT OF | Pri | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,000.00 | 23,143.96 | 23,143.96 | 1,465.12 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 1,006.45 | 1,006.45 | 0.00 | 0.00 |
| ADVOCATE GOOD SHEPHARD | Uns | 92.40 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL | Uns | 228.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE LABORATORY | Uns | 11.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Uns | 250.25 | NA | NA | 0.00 | 0.00 |
| AMITA HEALTH | Uns | 473.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 841.00 | 948.03 | 948.03 | 0.00 | 0.00 |
| BYL COLLECTION | Uns | 234.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,643.00 | 1,709.47 | 1,709.47 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CARDIONET | Uns | 234.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL | Uns | 1,797.84 | 1,697.77 | 1,697.77 | 0.00 | 0.00 |
| CENTEGRA | Uns | 1,246.83 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 24.57 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 1,269.53 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 1,978.41 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 118.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 1,366.83 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 843.27 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 24.57 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 288.39 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 1,266.83 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 613.69 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 788.27 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 82.50 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 1,401.96 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 36.12 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 82.50 | NA | NA | 0.00 | 0.00 |
| CENTEGRA | Uns | 2,023.61 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH | Uns | 346.99 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH | Uns | 40.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| CLEVELAND SKIN PATHOLOGY | Uns | 29.00 | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Uns | 626.00 | 732.00 | 732.00 | 0.00 | 0.00 |
| DERMATOLOGY SPECIALISTS OF IL | Uns | 28.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Uns | 817.00 | 817.55 | 817.55 | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 165.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 640.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 95.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 49.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| H & R ACCOUNTS | Uns | 22.70 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 224.97 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| HARRIS & HARRIS LTD | Uns | 251.45 | NA | NA | 0.00 | 0.00 |
| ICS | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| ICS COLLECTION SERVICE | Uns | 228.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY COMMUNITY | Uns | 2,066.12 | NA | NA | 0.00 | 0.00 |
| IRS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Uns | 498.00 | 544.67 | 544.67 | 0.00 | 0.00 |
| MCHENRY COUNTY COLLECTOR | Uns | 8,481.88 | NA | NA | 0.00 | 0.00 |
| MCHENRY PATHOLOGY | Uns | 190.75 | NA | NA | 0.00 | 0.00 |
| MCHENRY RADIOLOGISTS & | Uns | 10.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE | Uns | 395.12 | NA | NA | 0.00 | 0.00 |
| UNITED STUDENT AID FUNDS INC | Uns | 112,530.00 | 113,390.56 | 0.00 | 0.00 | 0.00 |
| NAVIENT | Uns | 15,601.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Uns | 10,371.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Uns | 9,619.00 | NA | NA | 0.00 | 0.00 |
| NAVIENT | Uns | 2,228.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY CRITICAL CARE | Uns | 63.00 | NA | NA | 0.00 | 0.00 |
| RUSH UNIVERSITY | Uns | 1,261.79 | NA | NA | 0.00 | 0.00 |
| SPECTRUM HEALTH | Uns | 1,686.58 | NA | NA | 0.00 | 0.00 |
| SPRING GROVE DENTAL | Uns | 990.00 | NA | NA | 0.00 | 0.00 |
| SUBURBAN LUNG ASSOCIATES | Uns | 247.76 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 300.00 | 344.29 | 344.29 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 545.00 | 596.60 | 596.60 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 315.00 | 359.24 | 359.24 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Uns | 191.08 | NA | NA | 0.00 | 0.00 |
| TRI-COUNTY EMERGENCY | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| WEST MICHIGAN ANESTHESIA | Uns | 191.08 | NA | NA | 0.00 | 0.00 |
| WHISPERING POINT | Uns | 244.13 | NA | NA | 0.00 | 0.00 |
| ZUKOWSKI ROGERS FLOOD & | Uns | 961.63 | NA | NA | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL | Uns | 0.00 | 6,007.29 | 6,007.29 | 0.00 | 0.00 |
| CENTEGRA | Uns | 1,797.84 | NA | NA | 0.00 | 0.00 |
| ROBERT ZIEMBICKI | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BANK/PAYPAL | Uns | 0.00 | 908.23 | 908.23 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 838.54 | $ 0.00 |
| Debt Secured by Vehicle | $ 31,012.37 | $ 5,116.52 | $ 1,339.82 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 31,012.37 | $ 5,955.06 | $ 1,339.82 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 23,143.96 | $ 1,465.12 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 23,143.96 | $ 1,465.12 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 15,671.59 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,715.00 | |
| Disbursements to Creditors | $ 8,760.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 13,475.00 |

UST Form 101-13-FR-S (9/1/2009)

      12) The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed. The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date: 11/15/2018        By: /s/ Lydia S. Meyer
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)